No. 762. BARTCHY *v.* UNITED STATES. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Bernard A.*

*Golding* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge*, and *Mr. Robert S. Erdahl* for the United States.

